*Smith* and *John S. McInerny,* Deputy Attorneys General, for respondent. ▮

JANUARY 11, 1960.

No. 4, Original. NEW YORK *v.* ILLINOIS ET AL. The motion for leave to file a supplemental and amended complaint and the response thereto are referred to the Special Master for an expression of his views as to the relationship of the matters presented therein to the issues in this cause. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Richard H. Shepp,* Assistant Attorney General, and *Randall J. Le Boeuf, Jr.* for complainant-movant. *William C. Wines,* Assistant Attorney General of Illinois, *Grenville Beardsley, Lawrence J. Fenlon, Peter G. Kuh, George A. Lane, Joseph B. Fleming, Joseph H. Pleck* and *Thomas M. Thomas* for defendants, in opposition. [See 360 U. S. 712.]

No. 62. MARYLAND AND VIRGINIA MILK PRODUCERS ASSOCIATION, INC., *v.* UNITED STATES; and

No. 73. UNITED STATES *v.* MARYLAND AND VIRGINIA MILK PRODUCERS ASSOCIATION, INC. Appeals from the United States District Court for the District of Columbia. The motion of *Daniel J. Freed* for leave to withdraw his appearance as counsel for the appellant in No. 62 and for the appellee in No. 73 is granted. Reported below: 167 F. Supp. 45, 799, 168 F. Supp. 880.

No. 362, Misc. YANCY *v.* RAGEN, WARDEN;
No. 476, Misc. OUGHTON *v.* UNITED STATES;
No. 492, Misc. BRABSON *v.* SILBERGLITT, WARDEN; and
No. 527, Misc. McNALLY *v.* TEXAS ET AL. Motions for leave to file petitions for writs of habeas corpus denied.